# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Dustin Isenhart,<br>*Plaintiff(s)*<br><br>v.<br><br>NRT Technology Corp., et al,<br>*Defendant(s)* | Case Number: 16-193-JPG-PMF |

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

One of the following errors/deficiencies has been identified in the document listed above:

☒  Other: *See Local Rule 83.1(f).  In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court.  Attorney Eric D. Holland does not have a Notice of Appearance on file in this case.*

### ACTION TAKEN BY CLERK'S OFFICE

☒  Other: *Notice of Errors filed*

### ACTION REQUIRED BY FILER

☒  Other: *A Notice of Appearance must be filed to comply with Local Rule 83.1(f).*

Dated: February 24, 2016

                              JUSTINE FLANAGAN, Acting Clerk of Court

                              By: *s/ Tammy McMannis*
                                     Deputy Clerk