# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Dustin Isenhart )<br>*Plaintiff(s)* )<br>v. )<br>NRT Technology Corp., et al., )<br>*Defendant(s)* ) | Case Number: 3:16-cv-00193-JPG-PMF |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff, Dustin Isenhart

DATED: 02/24/2016

s/ Eric D. Holland
Signature

Eric D. Holland
Name

300 N. Tucker Blvd., Ste 801, St. Louis, MO
Address

314-241-8111
Phone Number

314-241-5554
Fax Number

eholland@allfela.com
E-Mail Address

Rev. 2/11