# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Dustin Isenhart | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:16-cfv-00193-JPG-PMF |
| NRT Technology Corp., et al., | ) | |
| *Defendant(s)* | ) | |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for
Plaintiff, Dustin Isenhart

DATED: 02/24/2016

s/ R. Seth Crompton
Signature

R. Seth Crompton
Name

300 N. Tucker Blvd., Ste. 801, St. Louis, MO
Address

314-241-8111
Phone Number

314-241-5554
Fax Number

scrompton@allfela.com
E-Mail Address