IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN ISENHART<br><br>    Plaintiff,<br><br>    v.<br><br>NRT TECHNOLOGY CORP., *et al.,*<br><br>    Defendants. | Case No. 16-cv-193 JPG/PMF |

## ORDER

This undersigned judge hereby **TRANSFERS** this case to the Clerk of the Court for reassignment. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Staci M. Yandle. All future pleadings shall bear Case No. 16-cv-193 SMY/PMF.

**IT IS SO ORDERED.**
**DATED: February 25, 2016**

                                                  *s/ J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**