# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Dustin Isenhart | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:16-cfv-00193-SMY-PMF |
| NRT Technology Corp., et al., | ) |
| *Defendant(s)* | ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff, Dustin Isenhart

DATED: 03/02/2016

/s/ Thomas R. Applewhite
Signature

Thomas R. Applewhite
Name

1108 Olive St., Ste. 200, St. Louis, MO
Address

314-240-5351
Phone Number

888-785-4461
Fax Number

tom.applewhite@da-lawfirm.com
E-Mail Address

Rev. 2/11