# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN ISENHART, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NRT TECHNOLOGY CORP., *et al*,<br><br>        Defendants. | Case No. 16-193<br><br>Judge: Staci M. Yandle |

## DEFENDANT NRT TECHNOLOGY CORP.'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Defendant, NRT Technology Corp. ("NRT"), submits the following statement of disclosure of corporate affiliations and financial interest.

NRT makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____    No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____    No __X__

March 25, 2016                                                     Respectfully submitted,


                                                                   By:    /s/ Melanie J. Chico
                                                                          One of the Attorneys for Defendant
                                                                          NRT TECHNOLOGY CORP.

Rosa M. Tumialán, *pro hac* pending
(rtumialan@dykema.com )
Melanie J. Chico
(mchico@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Ph: (312) 876-1700
Fax: (312) 876-1155