# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN ISENHART, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 16-193 |
| v. | Judge: Staci M. Yandle |
| NRT TECHNOLOGY CORP., *et al*, | |
| Defendants. | |

## **DEFENDANT TROPICANA ENTERTAINMENT, INC.'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Defendant, Tropicana Entertainment, Inc., ("Tropicana"), submits the following statement of disclosure of corporate affiliations and financial interest.

Tropicana makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____    No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____    No __X__

April 27, 2016                                   Respectfully submitted,

                                                 By:   /s/ Rosa M. Tumialán
                                                       One of the Attorneys for Defendant
                                                       TROPICANA ENTERTAINMENT, INC..

Rosa M. Tumialán, *pro hac vice*
(rtumialan@dykema.com )
Melanie J. Chico
(mchico@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Ph: (312) 876-1700
Fax: (312) 876-1155