# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Dustin Isenhart, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:16-cv-00193-SMY-PMF |
| NRT Technology Corp., et al. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of  NRT Technology Corp. and Tropicana Entertainment Inc.                .

In support of this motion, I state:

1.      I am an attorney licensed to practice law and a member in good standing in the

State(s) of  Illinois                                        . The state and federal bar numbers issued

to me are:  6216899                                        .

2.      I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 12, 2016
            Date

Dykema Gossett PLLC, 10 S. Wacker
          Street Address

Chicago, IL  60606
         City, State, Zip

_____
          Signature of Movant

Patrick T. Stanton
          Printed Name