File Number 6449-326-4

EXHIBIT A



## STATE OF ILLINOIS
### OFFICE OF THE SECRETARY OF STATE

### To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

NRT TECHNOLOGY CORP., INCORPORATED IN ONTARIO AND LICENSED TO TRANSACT BUSINESS IN THIS STATE ON OCTOBER 28, 2005, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE BUSINESS CORPORATION ACT OF THIS STATE RELATING TO THE PAYMENT OF FRANCHISE TAXES, AND AS OF THIS DATE, IS A FOREIGN CORPORATION IN GOOD STANDING AND AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF ILLINOIS.



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 6TH day of MAY A.D. 2016.

Authentication #: 1612700276 verifiable until 05/06/2017
Authenticate at: http://www.cyberdriveillinois.com

*Jesse White*
SECRETARY OF STATE