## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DUSTIN ISENHART**, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 16-cv-193 SMY/PMF |
| v. | ) | |
| | ) | |
| **NRT TECHNOLOGY CORP.**, *et al.* | ) | The Honorable Staci M. Yandle |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF STEVEN A. DONNER PRESENTING PHOTOGRAPHS OF BILLBOARD ADVERTISING LOCATED IN THE SOUTHERN DISTRICT

**COMES NOW** Steven A. Donner, and states as follows:

1. I am over twenty-one years of age and I am competent to make this Declaration. The following statements are based upon my personal knowledge. The statements contained herein are true and, if sworn as a witness, I could testify competently to them.

2. I am a member of the law firm of Donner Applewhite, Attorneys at Law, which represents Plaintiff Dustin Isenhart and the Class.

3. On May 5, 2016, I took the attached pictures of billboards located in the Southern District of Illinois. The note after the picture entitled, "Second Billboard Picture in the Southern District of Illinois" is my observation.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2016.

_____
Steven A. Donner

# First Billboard Picture in the Southern District of Illinois



# Second Billboard Picture in the Southern District of Illinois



\* This picture was taken at a different location in the Southern District of Illinois from the first picture and shows yet another Lumière Casino billboard.