EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN ISENHART, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 16-cv-193 SMY/PMF |
| v. ) | |
| ) | |
| NRT TECHNOLOGY CORP., *et al.* ) | The Honorable Staci M. Yandle |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF DUSTIN ISENHART REGARDING TRANSPORTATION OF THE RECEIPT FROM LUMIÈRE CASINO TO THE SOUTHERN DISTRICT OF ILLINOIS

**COMES NOW** Plaintiff Dustin Isenhart, and states as follows:

1. I am over twenty-one years of age and I am competent to make this Declaration. The following statements are based upon my personal knowledge. The statements contained herein are true and, if sworn as a witness, I could testify competently to them.

2. I am Plaintiff Dustin Isenhart, and I seek to represent the Class.

3. After receiving each of the receipts displayed on <u>Exhibit A</u> of the Second Amended Complaint, I brought them home with me each time into Madison County, Illinois.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2016.

_____
Dustin Isenhart