IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DUSTIN ISENHART**, individually and on behalf of all others similarly situated<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>**NRT TECHNOLOGY CORP.**, *et al*.<br><br>　　　　　　　Defendants. | Case No. 16-cv-193 SMY/PMF |

### MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of **NRT TECHNOLOGY CORP and TROPICANA ENTERTAINMENT, INC.**                               .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of **California**. The state and federal bar numbers issued to me are: **107509**.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

| | |
|---|---|
| Signed on:  October 12, 2016 | */s/ J. Kevin Snyder* |
| Date | Signature of Movant |
| | |
| 333 So. Grand Ave., Suite 2100 | J. Kevin Snyder |
| Street Address | Printed Name |
| | |
| Los Angeles, CA 90071 | |
| City, State, Zip | |