# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| Dustin Isenhart | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 16-cv-193 SMY/PMF |
| NRT Technology Corp., et al. | ) | |
| *Defendant(s)* | ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff Dustin Isenhart.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Missouri. The state and federal bar numbers issued to me are: 63789 and 63789MO.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: October 18, 2016
Date

Signature of Movant

1108 Olive St., Ste. 200, St. Louis, MO 63101
Street Address

Steven A. Donner
Printed Name

Saint Louis, Missouri 63101
City, State, Zip